No. 911. GULLY, STATE TAX COLLECTOR, *v.* FIRST NATIONAL BANK. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited to the question of the jurisdiction of the District Court. *Mr. J. C. Floyd* for petitioner. *Messrs. R. E. Wilbourn* and *Albert S. Bozeman* for respondent.

No. 895. ALGERNON S. SCHAFER *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 896. EDWARD SCHAFER *v.* SAME; and

No. 897. LEONARD SCHAFER *v.* SAME. May 18, 1936. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Mr. Eugene Untermyer* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Miss Louise Foster* for respondent.

No. 903. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ILLINOIS LIFE INSURANCE Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Lewis C. Jesseph* for respondent.